UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
SVI MEDIA, INC.,                    )     No. 07-82762
A Nevada Corporation,               )
                                    )
        Debtor.                     )

**APPLICATION TO EMPLOY PROFESSIONAL**

NOW COMES the Unsecured Creditors Committee, by Michael Price, its Chairman, and for his Application respectfully states as follows:

1. The Unsecured Creditors Committee has been appointed in this Chapter 11 case.

2. The Unsecured Creditors Committee believes it is important to retain counsel to advise the Unsecured Creditors Committee as this case progresses and to take such other actions on behalf of the Committee as is customary for committees of this type.

3. The Unsecured Creditors Committee proposes to hire, attorney Jeffrey D. Richardson, 132 S. Water Street, Suite 444, Decatur, IL 62523, tel. (217) 425-4082, to represent the Unsecured Creditors Committee in this case.

4. Mr. Richardson requests a retainer of $5,000.00 to be paid as an administrative expense and to be billed at a rate of $220.00 an hour plus allowable expenses.

5. Mr. Richardson further has acknowledge to the Unsecured Creditors Committee that all fees paid him through the retainer or otherwise are subject to prior approval of this Court. Submitted herewith as Exhibit "A" is Mr. Richardson's Statement given under Bankruptcy Rule 2014.

WHEREFORE, the Unsecured Creditors Committee respectfully prays that this Application be approved under the aforesaid terms and conditions.

2

/s/ Jeffrey D. Richardson
MICHAEL A. PRICE
SVI Healthcare, Inc. - President
1520 W. Altorfer Drive
P.O. Box 3799
Peoria, IL 61612-3799
Telephone: 309/272-5305

## CERTIFICATE OF SERVICE

The undersigned certifies that the above document was filed electronically with the Court on February 28, 2008 and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Barry M. Barash

/s/ Jeffrey D. Richardson

## CERTIFICATE OF SERVICE

I certify that on February 28, 2008 at 5:00 p. m., I deposited a copy of the foregoing in a U. S. Post Office box at Millikin Court, 132 South Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

Michael A. Price
P.O. Box 3799
Peoria, IL 61612-3799

Clifford L. Hall
2364 Santa Anita Rd
Norco, CA 92860

Ralph P. Manfredo
2863 Agua Vista Drive
San Jose, CA 95132-2102

/s/ Jeffrey D. Richardson