**IT IS SO ORDERED.**

**SIGNED THIS: April 07, 2008**

_____

**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE<br><br>SVI MEDIA, INC.,<br>a Nevada corporation<br><br>Debtor | Chapter 11<br>No. 07-82762<br>(Filed 12-7-07) |
| IN RE<br><br>OXFORDSVI, INC.,<br>an Illinois corporation<br><br>Debtor | Chapter 11<br>No. 07-82763<br>(Filed 12-7-07) |

**ORDER APPROVING EMPLOYMENT**
**OF RSM McGLADREY, INC., AS TAX ACCOUNTANT**

Reference:   SVI Media, Inc. - Docket #110, filed 3-17-08
             OxfordSVI, Inc. - Docket #96,   filed 3-17-08

The debtors' application to employ RSM McGladrey, Inc., as their tax accountant is

approved.

### ###