**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

IN RE: )
SVI MEDIA, INC., A NEVADA )
CORPORATION )
          Debtor(s) )         Case no. 07-82762
)
)
)

## TRUSTEE'S APPLICATION TO EMPLOY ATTORNEY

The Application of Charles E. Covey respectfully alleges:

1. Applicant is the duly qualified and acting trustee in this case.

2. To perform his duties as trustee, your applicant requires the services of an attorney to avoid and recover avoidable transfers.

3. Applicant desires to retain Andrew W. Covey, 416 Main St., Suite 700, Peoria, IL, as his attorney in this case. Mr. Covey is an attorney duly admitted to practice in this Court. To the best of the Trustee's knowledge, Mr. Covey is eligible under the Code for employment for the purposes set forth in this application.

4. Applicant is informed that Andrew W. Covey has agreed to perform the said services for the following contingent fee percentages based on the economic benefit received by this estate resulting from the said services plus costs:

**Pre-and post-petition avoidable transfers:**

    a. amounts received before the expiration of 30 days after the mailing of written demand and before the filing of a notice of compromise: 0%.
    b. amounts received after the expiration of the said 30 day period or after the filing of a notice of compromise but prior to the filing of an adversary proceeding: 20%.
    c. amounts received after the filing of an adversary proceeding: 33 1/3%.

5. Mr. Covey does not hold or represent an interest adverse to this estate and is a disinterested person within the meaning of 11 U.S.C. Section 101(14). To the best of applicant's knowledge, Mr. Covey has no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

6. Employment of the above attorney would be in the best interest of this estate.

WHEREFORE, applicant requests, pursuant to 11 U.S.C. 327 and 328, that he be authorized to employ Andrew W. Covey, as his attorney to render the services as described in the foregoing application with compensation to be paid as provided above.

                                                            /s/ Charles E. Covey, Trustee

# PROOF OF SERVICE

The undersigned certifies that a true and accurate copy of the attached document(s) was duly served upon the following by Notice of Electronic filing on 1/20/09:

U.S. Trustee
401 Main Street
Suite 1100
Peoria, IL  61602

/s/ Charles E. Covey

*Charles E. Covey*
*416 Main St., Suite 700*
*Peoria, IL 61602*
*Phone: (309) 674-8125*